IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**FARROKH HAJMIRFATTAH,**

**Plaintiff,**

**v.**

**PETER D. KIESLER, Acting Attorney General
of the United States, et al.,**

**Defendants.**     No. 07-CV-892-DRH

## ORDER OF DISMISSAL

**HERNDON, Chief Judge:**

Now before the Court is Plaintiff's Motion to Dismiss Cause of Action. (Doc. 9.) Being fully advised in the premises, and for the reasons stated in said motion, the Court **GRANTS** Plaintiff's motion to dismiss. (Doc. 19.) **IT IS ORDERED** that this matter is hereby voluntarily dismissed with prejudice.

**IT IS SO ORDERED.**

Signed this 22nd day of April, 2008.

/s/     David R Herndon
**Chief Judge**
**United States District Court**